**FILED & ENTERED**

NOV 09 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Oded Wolf<br><br><br><br>Debtor(s). | CHAPTER 7<br><br>Case No.: 1:11-bk-22172-MT<br>Adv No:  1:12-ap-01016-MT<br><br>**JUDGMENT** |
| Yahalomey Paz Israel, G.P. dba/aka Paz Diamonds Israel, an Israeli general partnership<br><br>Plaintiff(s),<br>v.<br><br>Oded Wolf<br><br><br>Defendant(s). | Date:      October 2-4, 2017<br>Time:      9:30 AM<br>Courtroom: 302 |

A trial in the above-referenced adversary proceeding came before the Honorable Maureen A. Tighe on October 2-4 in Courtroom 302 of the United States Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367. For the reasons stated in the Findings of Fact and Conclusions of Law after Trial, Doc. No. 126,

-1-

**IT IS HEREBY ORDERED** that judgment is entered in favor of the Plaintiff on the causes of action brought under 11 USC §§ 523(a)(4) and 523(a)(6). The Plaintiff is entitled to a non-dischargeable judgment against Debtor Oded Wolf in the amount of $1,784,270.75.

**IT IS FURTHER ORDERED** that judgment is entered in favor of the defendant on the causes of action brought under 11 U.S.C. §§ 523(a)(2)(A), (a)(2)(B) and §§ 727(a)(2)(A), (a)(3), (a)(4)(C), and (a)(5).

###

Date: November 9, 2017

Maureen A. Tighe
United States Bankruptcy Judge